**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAIME LOPEZ,<br><br>              Petitioner,<br><br>      v.<br><br>CHAD BIANCO, Sheriff,<br><br>              Respondent. | Case No. EDCV 19-1459-RGK (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

The Court has reviewed the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge. No objections to the R. & R. have been filed.[1]

The Court accepts the findings and recommendations of the Magistrate Judge. IT THEREFORE IS ORDERED that Respondent's motion to dismiss and Petitioner's stay motion are denied as moot, the Petition is denied as moot, and Judgment be entered dismissing this action with prejudice.

DATED: January 4, 2021

                                              R. GARY KLAUSNER
                                              U.S. DISTRICT JUDGE

---

[1] The Magistrate Judge's R. & R. was served on Petitioner at the John J. Benoit Detention Center, where, according to Respondent, he was housed as of September, and at Chuckawalla Valley State Prison, his address of record. Only the mail sent to the detention center was returned as undeliverable. Thus, the Court assumes Petitioner received the R. & R. at Chuckawalla.