JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAIME LOPEZ, | Case No. EDCV 19-1459-RGK (JPR) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| CHAD BIANCO, Sheriff, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is dismissed as moot and this action is dismissed with prejudice.

DATED: January 4, 2021

R. GARY KLAUSNER
U.S. DISTRICT JUDGE